UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ROBERT DAVID NEAL, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 2:13-cv-199-JMS-WGH |
| | ) | |
| JOHN C. OLIVER, | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

The *Amended Complaint, Lodgment of Void Order and Demand for Nisi Ex Delicto Ex Contractu* filed on January 9, 2014 [dkt. 14], is discussed in the accompanying Entry and has been found to be frivolous and to not warrant any of the relief which is sought therein.

"Every paper filed with the Clerk of this Court, no matter how repetitious or frivolous, requires some portion of the institution's limited resources." *In re McDonald,* 489 U.S. 180, 184 (1989); *see also United States ex rel. Verdone v. Circuit Court for Taylor County,* 73 F.3d 669, 671 (7th Cir. 1995) ("Frivolous, vexatious, and repeated filings by pro se litigants interfere with the orderly administration of justice by diverting scarce judicial resources from cases having merit and filed by litigants willing to follow court orders.").

The *Amended Complaint, Lodgment of Void Order and Demand for Nisi Ex Delicto Ex Contractu* [dkt. 14] represents a filing without factual or legal basis, yet has consumed an incremental amount of the court's time. Through that filing, the petitioner has abused the judicial process. *Support Systems Int'l, Inc. v. Mack,* 45 F.3d 185 (7th Cir. 1995) (noting that litigants who repeatedly file frivolous papers clog court proceedings and burden judges and their staffs to "the detriment of litigants having meritorious cases").

Based on the foregoing, the petitioner shall have through February 11, 2014, in which to show cause why appropriate sanctions should not be imposed based on the wasteful, baseless filing entitled *Amended Complaint, Lodgment of Void Order and Demand for Nisi Ex Delicto Ex Contractu.* In responding to these directions, the petitioner should bear in mind that "litigants who decide that they will play by rules of their own invention will find that the game cannot be won." *United States v. Golden Elevator, Inc.*, 27 F.3d 301, 302 (7th Cir. 1994) (internal quotation omitted).

IT IS SO ORDERED.

Date: 01/16/2014

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel

ROBERT DAVID NEAL
15151-180
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808